UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 10-24641-CV-WILLIAMS

RAFAEL SELVAS, et al.,

    Plaintiffs,

vs.

ATLAS ONE FINANCIAL GROUP, LLC, et al.,

    Defendants.
_____/

## ORDER DISMISSING CASE WITH PREJUDICE AND CLOSING CASE

Upon consideration of the record and in light of the Stipulation for Dismissal with Prejudice by and between the parties (DE 92), this action is **DISMISSED WITH PREJUDICE**, each party to bear its own costs and fees. The Clerk of Court is instructed to **CLOSE** this case for administrative purposes. Any and all pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in chambers in Miami, Florida, this 4th day of May, 2012.

                KATHLEEN M. WILLIAMS
                UNITED STATES DISTRICT JUDGE

cc:    Counsel of Record